## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

| | |
|---|---|
| RAMON TORO, | ) |
| Petitioner, | ) |
| v. | ) Case No. 07-cv-1083 |
| J. C. ZUERCHER, | ) |
| Respondent. | ) |

### **O R D E R**

Before the court is the Petitioner for Writ of Habeas Corpus filed by the Petitioner, Ramon Toro on April 9, 2007 [Doc. 1]..

Pursuant the Rules Governing Section 2254 Cases in the United States District Courts, See Rule 1(b), the Court has considered the grounds set forth in Toro's Petition and has decided that there may be some merit to some of those grounds. Therefore, the Court orders Respondent to file an answer or responsive pleading within sixty (60) days after service of this Order.  Respondent should address any facts which would establish whether Petitioner's claims are untimely or procedurally defaulted.  In addition, Respondent should address the merits of Petitioner's constitutional claims and otherwise fully comply with Rule 5.

IT IS THEREFORE ORDERED that the Clerk serve a copy of the petition by certified mail upon Respondent along with this Order.

IT IS FURTHER ORDERED that Petitioner shall serve upon the Respondent a copy of every further pleading or other document submitted for consideration by the Court.

Entered this  23rd  day of May, 2007

                                             s/ Joe B. McDade
                                             JOE BILLY McDADE
                                    United States District Judge