E-FILED
Friday, 25 May, 2007  11:14:28 AM
Clerk, U.S. District Court, ILCD

07-1083

**FILED**

MAY 2 5 2007

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _____  ☑ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>JOHN KING  5/24/07 |
| 1. Article Addressed to:<br><br>J.C. ZUERCHER, WARDEN<br>FCI PEKIN<br>PO BOX 5000<br>PEKIN, IL 61555<br>07-1083 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:  ☐ No<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered     ☐ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7002 0860 0004 7294 7279 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540