UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| | |
|---|---|
| RAMON TORO, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 07-1083 |
| J.C. ZUERCHER, Warden, | ) ) ) |
| Respondent. | ) ) |

**REQUEST FOR EXTENSION OF TIME**

Now comes the respondent, J.C. Zuercher, Warden, FCI-Pekin, by and through his attorneys, Rodger A. Heaton, United States Attorney for the Central District of Illinois, and Thomas A. Keith, Assistant United States Attorney, and for his Request for Extension of Time, states as follows:

1.   On May 23, 2007, this Court ordered the respondent to file a response to the Petition for Writ of Habeas Corpus within 60 days of service, or by July 23, 2007.

2.   Immediately thereafter counsel for the defendants forwarded this Court's order to the attorney for the Bureau of Prisons, and requested information in order to prepare the Response. The petitioner requests credit a against his federal sentence for time spent in Cook Count Jail relating to a State charge. Information from Cook County has just been received this week and those records must be checked against BOP records stored in Grand Prairie, Texas. Accordingly, extra time is needed for the BOP to submit its report and for

preparation of a proper Response in this case.

3. This is respondent's first request for extension of time in this matter, and he is not making this request for purposes of delay.

WHEREFORE, the respondent requests a 30 day extension of time or until August 22, 2007.

    Respectfully submitted,

    UNITED STATES OF AMERICA

    RODGER A. HEATON
    UNITED STATES ATTORNEY

    s/: Thomas A. Keith
    Thomas A. Keith
    Assistant United States Attorney
    211 Fulton Street, Suite 400
    Peoria, IL  61602
    Telephone:  309/671-7050

## **CERTIFICATE OF SERVICE**

      I hereby certify that on July 19, 2007, I electronically filed the foregoing Request for Extension of Time with the Clerk of the Court using the CM/ECF system. I hereby certify that a copy of the Request has been made on the petitioner by depositing a copy thereof in the United States mail, postage prepaid, addressed to:

Ramon Toro  
Reg. #20708-424  
FCI Pekin  
P.O. Box 5000  
Pekin, IL 61555-5000

                                           s/: Lisa Burnside  
                                           Lisa Burnside  
                                           Paralegal Specialist