E-FILED
Tuesday, 25 September, 2007  10:04:39 AM
Clerk, U.S. District Court, ILCD

AO 450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### CENTRAL DISTRICT OF ILLINOIS

## JUDGMENT IN A CIVIL CASE

FILED
SEP 2 4 2007
JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Ramon Toro

vs.

Case Number: 07-1083

J.C. Zuercher

**DECISION BY THE COURT.** This action came before the Court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is dismissed.

ENTER this 24th day of September, 2007

JOHN M. WATERS, CLERK

s/ T. Kelch
BY: DEPUTY CLERK